IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 26-1229 |
| Plaintiff-Appellee, | ) | 26-1342 |
| | ) | |
| v. | ) | |
| | ) | |
| ISAAC M. NEUBERGER, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**APPELLEE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO FILE ITS ANSWERING BRIEF**

The United States, appellee herein, brings this motion for an extension of time of 30 days, from July 22, 2026, to August 21, 2026, in which to file its opening/response brief in the above-entitled case, stating as follows:

1. I am an attorney employed in the Appellate Section of the Tax Litigation Branch of the Civil Division of the United States Department of Justice. In that capacity, I have been assigned the primary responsibility for representing the interests of the government in this appeal.

2. I did not handle the case in the District Court below. The record below is extensive, with voluminous trial transcripts and exhibits.

3. Over the past three weeks, I have been required to take unanticipated leave due to water leakage and damage in the basement of my home.

3. In addition, before turning to the opening/response brief, I was responsible for preparing the government's response brief and supplemental appendix in *Manente v. Commissioner*, No. 26-1465 (3d Cir.), filed May 29, 2026, and *In re Sealed Case*, No. 24-1345 (D.C. Cir.), filed July 1, 2026. I am also responsible for preparing the government's response briefs in *United States v. Huyser,* No. 26-1626 (8th Cir.), due August 21, 2026[1]; *In re Pollack*, No. 26-1054 (6th Cir.), due August 31, 2026; and *Girgis v. Commissioner*, No. 26-1102 (D.C. Cir.), due September 4, 2026.

4. The procedures of the Appellate Section of the Tax Litigation Branch require me to submit a draft of the brief for review by a senior

---

[1] An extension request from the appellants is pending in this case.

attorney. The senior attorney assigned to review the brief will be on preapproved leave from July 23 through August 6, 2026, and is also assigned to review the government's briefs in *United States v. Saydam*, No. 26-503 (9th Cir.), due July 15, 2026; *United States v. Sagoo*, No. 25-11271 (5th Cir.), due August 14, 2026; and *Kwong v. United States*, No. 26-1843 (Fed. Cir.), due August 19, 2026.

5. Although the United States timely filed a notice of appeal as a protective measure for the cross-appeal, the Solicitor General of the United States has not yet concluded his review of the case and decided whether to authorize the cross-appeal. Authorization of the Solicitor General is required for the United States to take an appeal. 28 C.F.R. Part O, Subpart D, § 0.20(b). If authorization is denied, the United States will voluntarily dismiss the cross-appeal. Alternatively, if authorization is given, it will be necessary to take into account the Solicitor General's views in drafting the United States' brief.

6. The United States has sought one previous 30-day extension for its opening/response brief. The United States does not expect to request further extensions.

7. The requested extension is not sought for purposes of delay.

8. I conferred with appellant's counsel regarding the requested relief, and the appellant has no objection.

Respectfully submitted,

*/s/ Robert J. Wille*
ROBERT J. WILLE
*Attorney*
*Appellate Section*
*Tax Litigation Branch, Civil Division*
*Department of Justice*
*P.O. Box 502*
*Washington, D.C. 20044*
Robert.J.Wille@usdoj.gov
Appellate.Taxcivil@usdoj.gov

Dated: July 15, 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 26-1229 |
| Plaintiff-Appellee, | ) | 26-1342 |
| | ) | |
| v. | ) | |
| | ) | |
| ISAAC M. NEUBERGER, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**DECLARATION**

Robert J. Wille, of the Appellate Section, Tax Litigation Branch, Civil Division, Department of Justice, states as follows:

The facts in support of, and the reasons for, the United States' request for a 30-day extension of time to file its opening/response brief are true and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 15th day of July 2026, in Washington, DC.

/s/ Robert J. Wille
ROBERT J. WILLE
*Attorney for the United States*

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 26-1229 Caption: *United States v. Neuberger***

## CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

   [X] this motion contains 469 words, *or*

   [ ] this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   [X] this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook; *or*

   [ ] this brief has been prepared in a monospace typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

/s/ Robert J. Wille
Attorney for the United States
Dated: July 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this motion was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit on July 15th, 2026, using the Court's online filing system, which will send notice of the filing to all registered participants.

/s/ Robert J. Wille
*Robert J. Wille*
Attorney